# Judiciary Branch Personnel
# Financial Disclosure Report (AO Form 10)

## Filer's Information

**Bucklo, Elaine E**

Report Year: 2020

Electronic Signature - I certify that all information provided (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief.

I further certify that earned income and honoraria and acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**/s/ Bucklo, Elaine E [electronically signed on 05/13/2021 by Bucklo, Elaine E in JEFS]**

# I. Positions

None

# II. Agreements

None

# III A. Filer's Non-Investment Income

None

# III B. Spouse's Non-Investment Income

| # | SOURCE | DESCRIPTION |
|---|--------|-------------|
| 1 | SELF-EMPLOYED THERAPIST | |

# IV. Reimbursements

None

# V. Gifts

None

# VI. Liabilities

None

---

## VII. Investments and Trusts

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 1 | Mineral interests, Ness County, KS | $1,001 - $2,500 | Royalty | $1 - $15,000 | Estimated | | | |
| 2 | Northern Trust Bank, cash account | $1,000 or less | Int./Div. | $50,001 - $100,000 | Cash Market | | | |

## Additional Information or Explanation